1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiffs
5  Ping LIAO

6

7

8

9

10

11

12

13

14

E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Ping LIAO                                          )   Case No.:
                                                   )
                                                   )
                                                   )
                        Plaintiff,                 )   **COMPLAINT FOR WRIT IN THE**
                                                   )   **NATURE OF MANDAMUS**
   vs.                                             )
                                                   )
   MICHAEL CHERTOFF, Secretary of the              )
   Department of Homeland Security;                )
   ROBERT S. MUELLER, Director of Federal          )
   Bureau of Investigation                         )
                                                   )
                        Defendants.                )   "Immigration Case"
                                                   )

15      Plaintiff Ping LIAO by and through her undersigned attorney, sue Defendants and states as

16  follows:

17  1.      This action is brought against the Defendants to compel action on an Application to

18  Adjust to Permanent Resident Status, or Form I-485, based on Employment, properly filed by the

19  Plaintiff. The application remains within the jurisdiction of the Defendants, who have improperly

20  withheld action on said application to Plaintiff's detriments.

21                                      **PARTIES**

22  2.      Plaintiff Ping LIAO is native and citizen of China. Plaintiff filed an Application to

23  Register Permanent Resident or Adjust Status (Form I-485) on June 7, 2004 and is seeking to

24  become lawful permanent resident of the United States as beneficiary of an approved I-140

25  Immigrant Petition for Alien Worker.

26  3.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

27  (DHS), and this action is brought against him in his official capacity.  He is generally charged

28

---

1   with enforcement of the Immigration and Nationality Act, and is further authorized to delegate

2   such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

3   4.       Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),

4   the law enforcement agency that conducts security clearances for other U.S. government agencies,

5   such as the Department of State.  As will be shown, Defendant has failed to complete the security

6   clearances on Plaintiffs' case.

7                                                **JURISDICTION**

8   6.       Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*,

9   and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

10                                                **VENUE**

11  7.       Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action

12  against officers and agencies of the United States in their official capacities, brought in the

13  District where the Plaintiffs reside if no real property is involved in the action.

14                                        **EXHAUSTION OF REMEDIES**

15  8.       Plaintiffs have exhausted their administrative remedies.

16                                            **CAUSE OF ACTION**

17  9.       On March 31, 2003, Plaintiff Ping LIAO's employer, TIBCO SOFTWARE INC. filed an

18  Form I-140 (Immigrant Petition for Alien Worker) on behalf of Plaintiff Ping LIAO, and it was

19  approved on June 3, 2003 (**Exhibit 1: Copy of I-140 Approval Notice).**  The application to

20  Register Permanent Resident (Form I-485) was filed by Plaintiff Ping LIAO at California Service

21  Center on June 7, 2004 and was transferred to NSC on March 6, 2007 (**Exhibit 2: Copy of I-485**

22  **Receipt Notice and Transfer Notice).**

23  10.      Based on numerous responses from the U.S.C.I.S. and FBI, Plaintiff Ping LIAO's case is

24  pending FBI name check. (**Exhibit 3: Copies of Responses).**

25  11.      According to the Service Center processing dates, the USCIS Nebraska Service Center is

26  currently processing I-485 Employment-based adjustment application filed on August 13, 2006.

27  Plaintiff's I-485 application has now remained pending for three years from the date of the initial

28  filing. (**Exhibit 4: Copy of NSC Processing Dates Posted on May 18, 2007).**

1   12.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance

2   with the law.  Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's

3   I-485 application for three years from the date of filing, thereby depriving her of the rights to the

4   decisions on her application and the peace of mind to which Plaintiff is entitled.

5   13.    Plaintiff has been damaged by the failure of Defendants to act in accord with their duties

6   under the law.

7   (a)    Plaintiff Ping LIAO has been damaged  by simply being deprived of the

8          adjudication of her Application to Adjust to Permanent Resident Status for over

9          three years.  Plaintiff has also been unable to plan or pursue a future course of

10         action in the United States due to the pendency of her I-485 application.

11  (b)    Plaintiff Ping LIAO has been damaged in that her employment authorization and

12         travel document are tied to her status as applicant for permanent residency and are

13         limited to increments not to exceed one year. 8 CFR §274a.12(c)(9). Therefore,

14         Plaintiff has been forced to repeatedly apply and pay for extensions of employment

15         authorization and travel document, to the continued inconvenience and harassment

16         of Plaintiff to continually insure her work and travel eligibility.

17  (c)    Plaintiff Ping LIAO has been damaged in that her ability to change employer is

18         restricted due to the pendency of her I-485.

19  (d)    Plaintiff Ping LIAO has been further damaged in that her application for

20         naturalization, which is five years after the approval of her I-485, has been delayed

21         due to the pendency of her I-485.

22  14.    The Defendants, in violation of the Mandamus Act and Administrative Procedures Act, 5

23  USC §701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's I-485

24  application and have failed to carry out the adjudicative functions delegated to them by law with

25  regard to Plaintiff's case.

26                                              **PRAYER**

27  15.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

28  respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

---

1   the Court enter an order:

2       (a)     requiring Defendants to expeditiously complete Plaintiff Ping LIAO's FBI

3               Security Check for her I-485 application of adjustment of status;

4       (b)     requiring Defendants to expeditiously process Plaintiff's I-485 Application to

5               conclusion;

6

7       (c)     awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

8       (d)     granting such other relief at law and in equity as justice may require.

9

10  Dated:    June 8, 2007                              Respectfully submitted,

11

12

13                                                      Justin X. WANG, Esq.
                                                        Attorney for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

2

## CERTIFICATION OF INTERESTED ENTITIES OR PERSON

3
        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

4
the named parties, there is no such interest to report.

5

6

7
Dated:        June 8, 2007                    Respectfully submitted,

8

9

10
                                        _____
                                        Justin X. WANG, Esq.
11
                                        Attorney for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**LIST OF ATTACHMENTS**

3

| *Exhibit* | *Description* |
| --- | --- |
| 1 | Copy of I-140 Approval Notice |
| 2 | Copy of I-485 Receipt Notice and Transfer Notice |
| 3 | Copies of Responses re: Name Check |
| 4 | Copy of NSC Processing Dates Posted on May 18, 2007 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex. 1

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-03-138-54744 | **CASE TYPE** I140 IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIPT DATE** March 31, 2003 | **PRIORITY DATE** September 20, 2001 | **PETITIONER** TIBCO SOFTWARE INC |
| **NOTICE DATE** June 3, 2003 | **PAGE** 1 of 1 | **BENEFICIARY** LIAO, PING |

KRISTIN D. NEVAREZ
FDBL
2804 MISSION COLLEGE BLVD
2ND FLOOR
SANTA CLARA CA 95054

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg,or
          of Exceptn'l Ability
          Sec.203(b)(2)

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you
are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office
to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the
application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of
status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this
petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with
this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which
consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to
that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Ex.2

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| WAC-04-178-53303 | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT   A97 792 143 |
|---|---|---|
| June 7, 2004 | | LIAO, PING |

| NOTICE DATE | PAGE |
|---|---|
| June 10, 2004 | 1 of 1 |

KRISTIN D. NEVAREZ
FRAGOMEN DEL REY BERNSEN & LOEWY
RE: PING LIAO
2804 MISSION COLLEGE BLVD 2 FL
SANTA CLARA CA 95054

**Notice Type:** Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

The above application or petition has been received. It usually takes 730 to 730 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
    IMMIGRATION & NATURALIZATION SERVICE
    CALIFORNIA SERVICE CENTER
    P. O. BOX 30111
    LAGUNA NIGUEL CA 92607-0111
    **Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-04-178-53308 | **CASE TYPE** I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIPT DATE** June 9, 2004 | **PRIORITY DATE** | **APPLICANT** A097 792 143 LIAO, PING |
| **NOTICE DATE** March 6, 2007 | **PAGE** 1 of 1 | |

PING LIAO
2105 PRINCETON ST
PALO ALTO CA 94306

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

    Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Ex. 3



*I485*

## INFOPASS
Your e-Ticket to Immigration Information.

Name: **Ping Liao**

Appointment Type: Speak to immigration officer

Confirmation No.: SNJ-07-13981

Authentication Code: 1769b

Appointment Date: **May 30, 2007**

Appointment Time: **2:00 PM**

Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

### This is your Confirmation Number:



*SNJ-07-13981*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 56114

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

*Pending name check.*
*Sent to FBI: 6/17/2007*

5/29/2007 11:35 AM

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0514
(202) 225-8104
FAX (202) 225-8890

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

http://eshoo.house.gov

## Anna G. Eshoo
### 14th District, California

## Congress of the United States
### House of Representatives
### Washington, DC 20515-0514

COMMITTEE ON ENERGY AND COMMERCE

SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE

SUBCOMMITTEES:
INTELLIGENCE POLICY AND NATIONAL
SECURITY, RANKING MEMBER
TECHNICAL AND TACTICAL INTELLIGENCE

WHIP AT LARGE

CO-CHAIR
E-911 CAUCUS

CO-CHAIR
MEDICAL TECHNOLOGY CAUCUS

VICE-CHAIR
DEMOCRATIC BUDGET GROUP

April 6, 2007

Ms. Ping Liao
2105 Princeton Street
Palo Alto, California  94306

Dear Ms. Liao,

I write to follow up with you regarding your case.

The FBI notified me that your Name Check is still actively being reviewed.  Once completed, they will notify the CIS so that a decision can be made on your case.  I've asked the CIS to adjudicate your application as expeditiously as possible and notify you directly of their decision.

I hope this information is helpful to you and thank you again for the opportunity to be of assistance. If you have any questions or updates on your case, please contact Patty Kim in my Palo Alto District Office. We will continue to follow up with the FBI periodically to check on the progress of your case.

Enclosed is information on security checks that I thought might be of interest to you.

Sincerely,

Anna G. Eshoo
Member of Congress

Enclosure

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS
THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE



**U.S. Department of Justice**

Federal Bureau of Investigation

---

Washington, D. C. 20535-0001

WH 582094

March 27, 2007

Ms. Ping Liao
2105 Princeton Street
Palo Alto, CA 94306

Dear Ms. Liao:

Your letter dated January 16, 2007, directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on June 17, 2004, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will be of assistance.

Sincerely,

*For*   Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Friday, February 9, 2007

PING LIAO
2105 PRINCETON ST
PALO ALTO CA 94306

Dear ping liao:

On 01/02/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | wac-04-178-53308 |
| **Beneficiary (if you filed for someone else):** | liao, ping |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 02-09-2007 05:06 PM EST - wac-04-178-53308

BARBARA BOXER Case 5:07-cv-0301? PVT   Document 1   Filed 06/11/2007   Page 17 of 34 COMMITTEES:
CALIFORNIA
COMMERCE, SCIENCE,
AND TRANSPORTATION

ENVIRONMENT
AND PUBLIC WORKS

FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

January 16, 2007

Ms. Ping Liao
2105 Princeton St
Palo Alto, California 94306

Dear Ms. Liao:

Enclosed, please find the correspondence Constituent Representative Lucia Macias received from the Federal Bureau of Investigation regarding an inquiry that was made on your behalf.

I hope that this information is of assistance. Thank you for allowing me to address your concerns.

Sincerely,

Barbara Boxer
United States Senator

BB: lcm

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER

Jan. 16, 2007

First Lady Laura Bush
The White House
1600 Pennsylvania Ave, NW
Washington, DC 20500

Sub: Expediting FBI Name Check for Green Card (I-485)

Respected Ms. Bush:

I am writing this letter to you with a request to kindly help in expediting my background check with FBI that has been pending for more than 2.5 years now. Traditionally the process takes within a year, but such an unusual delay has resulted in my permanent residency (green card) process with USCIS to extend **over 5** years from 09/20/2001 when it was first initiated.

As a young girl, I came to US for my graduate school in 1995 and got my M.S. degree in 1998. After that, I have been working n US as SAP Senior Consultant for companies including Deloitte & Touche. I joined TIBCO Software Inc. in 2001 and currently holding Director of Customer Engineering position for the company.

Since my arrival in US on 8/1/1995, I have maintained my legal status throughout. I have never involved in any criminal/unlawful activities either in US or in China. In spite of these facts, my security check for adjustment of status (I-485) for green card has been pending at FBI since 06/17/2004.

I would really appreciate if you would spend some of your valuable time to contact FBI and help in expediting my case. I do understand that under current circumstances Homeland Security is of primary importance, but all I am asking for is an opportunity for someone to look into my case. My details are posted below. If anything else is required from my end, I will be more than happy to provide the information.

Thank you very much for your time and I hope to hearing from you soon.

Sincerely,

Name: Ping Liao
Alien Registration: A97792143
I-485 case number: WAC-04-178-53308, receipt notice: 06/10/2004 on EB2
I-140 approval: 6/3/2003
Priority Date: 9/20/2001
Date of Birth: 04/09/1968
Place/Country of Birth: Chongqing, Sichuan, China
Citizenship: China
Current Address: 2105 Princeton St., Palo Alto, CA 94306
Telephone: 650-846-8526
E-mail: pliao@tibco.com

Attn:_____
(for office use only)

People ID#:_____

# Senator Dianne Feinstein

## Privacy Release Form

**Complete, sign, and return to:**
**SENATOR DIANNE FEINSTEIN**
**ONE POST STREET, SUITE 2450**
**SAN FRANCISCO, CA 94104**

Date: _1/15/2007_____

Name: _Ping Liao_____

Address: _2105 Princeton St., Palo Alto, CA 94306_ Zip: _94306_

Home Phone: _650-283-6332_____

Work Phone: _650-846-8526_____

Federal Agency Involved: _USCIS/FBI Name Check for I-485_

Social Security # or Agency File #: _SSN: 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, A#: A97792143_

Have you contacted our office before? _NO_____

Have you contacted another congressional office regarding this matter? _Yes_
If "yes" to the above, which office & when? _Anna Eshoo, Oct. 2006_
_Barbara Boxer, Nov. 2006_
Is this matter currently pending before a local, state, or federal court? _NO_

**Problem:**
Please briefly explain your problem and outline the steps that have been
taken by you and the agency with regards to your situation. In addition, please
make your request for assistance as specific as possible. Should you require more
room, feel free to attach a letter addressed directly to the Senator.

_Dear Senator Feinstein,_
_I'm writing this letter to you with a request_
_to kindly help in expediting my background check/name check_
_with FBI that has been pending for more than_
_2.5 Years. Such an unusual delay has resulted_
_in my permanent residency (Green Card) process with_
_USCIS to extend over 5 years from 9/20/2001 when_
_it is first initiated by my employer._

Since my arrival in US on 8/1/1995, I graduated with honor from graduate school (M.S), and currently holding Engineering Director title for TIBCo Software Inc. I have never involved in any criminal/unlawful activities and have maintained my legal status through out. In spite of these facts, my name check for I-485 for green card has been pending at ~~the~~ FBI since 6/17/2004.

I would really appreciate your help on this. Please see below for my case info:

Name: Ping Liao, DCB: 04/09/1968, POB: China
Alien Registration: A97792143
I-485: WAC-04-178-53308, EB2, filed 6/4/2004
I-140: Approval: 6/3/2003.
Priority Date: 9/20/2001

THANKS!

I hereby authorize U.S. Senator Dianne Feinstein and her staff to make inquiries and obtain information related to my case currently pending with the above mentioned federal agency.

SIGNATURE: _____

## Macias, Lucia (Boxer)

**From:**
**Sent:**    Saturday, January 13, 2007 7:36 AM
**To:**    Macias, Lucia (Boxer)
**Subject:** PING LIAO

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning PING LIAO revealed that a request was received from the United States Citizenship and Immigration Services on 06/17/2004, and is currently in a pending status.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.


Sincerely,



Michael A. Cannon.
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation


1/14/2007



**Name:** Ping Liao    *94306*

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-07-192

**Authentication Code:** 1769b

**Appointment Date:** January 5, 2007

**Appointment Time:** 2:45 PM

**Location:** 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

**This is your Confirmation Number:** 

*SNJ-07-192*

# If you wish to cancel this appointment, you will need the following Personal Identification Number: 92514

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION

ENVIRONMENT
AND PUBLIC WORKS

FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

November 19, 2006

Ms. Ping Liao
2105 Princeton St
Palo Alto, California 94306

Dear Ms. Liao:

Thank you for your recent correspondence to Senator Boxer requesting assistance on an immigration problem.

I have sent an inquiry to the Federal Bureau of Investigation. However, due to the sensitive nature of security clearances, our office is unable to request expeditious processing of your name check. The inquiry will only reveal the status of your case.

The average time for an agency response is approximately eight weeks. If you do not hear from our office after eight weeks, please call me at (415) 403-0100.

Thank you for writing.

Sincerely,

Lucia C. Macias
**Constituent Representative**

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Monday, December 11, 2006

PING LIAO
2105 PRINCETON ST
PALO ALTO CA 94306

Dear PING LIAO:

On 12/05/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 06/04/2004 |
| **Receipt #:** | WAC-04-178-53308 |
| **Beneficiary (if you filed for someone else):** | LIAO, PING |
| **Your USCIS Account Number (A-number):** | A097792143 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Your application is currently pending. You will be notified by mail when a decision has been made on your case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

P:_____
(For Senator Feinstein Staff Use Only)

## ASSISTANCE REQUEST

**PLEASE CLEARLY TYPE OR PRINT.**

Name: _PING LIAO_   Date: _11/8/2006_
Street Address: _2105 Princeton St._   Apt. #: _____
City: _Palo Alto_   State: _CA_ Zip Code: _94306_
Home Phone: (_650_) _283-6332_   Work Phone: (_650_) _846-8526_
E-mail Address: _pliao@tibco.com_   _408-582-2178_
**Attention Attorneys: You must attach a copy of the G-28.

**SECTION I:** (To be completed by all constituents.)

**A.** Name of the Petitioner: _PING LIAO_
Name of the Beneficiary: _Self_
Date of Birth: _04/09/1968_   Country of Birth:
_China_
Alien Registration # (Green Card) of Petitioner: A_97792143_
Alien Registration # (Green Card) of Beneficiary: A ___✗___
Receipt # (usually begins with "WAC"): _WAC-04-178-53308 (I-485)_

**B.** FORM(S) FILED: [Please mark an 'X' next to the forms you have already filed.]

_____G-639   _____I-129F   _✓_I-140   _____I-600   _✓_I-765   _____N-526   _____N-643

_____I-90   _____I-130   _✓_I-485   _____I-600A   _____I-824   _____N-565

_✓_I-129   _✓_I-131   _____I-539   _____I-751   _____N-400   _____N-600

**C.** INS OFFICE WHERE FORM WAS FILED (Please circle the appropriate city):

San Francisco   San Jose   Fresno   Sacramento   Los Angeles   Laguna Niguel   San Diego
_California Service Center_

## LOCATION OF CASE

☛   If your case is currently at the **National Visa Center**, please go to **Section 2.**

☛   If your case is currently at an **American Consulate** or **Embassy**, please go to **Section 3.**

☛   If neither applies, please skip to **Section 4.**

**SECTION 2:**   Please complete this section if your case is currently at the **NATIONAL VISA CENTER**)

If your case is currently at the National Visa Center in Portsmouth, New Hampshire please complete the following, otherwise skip to Section III. Please refer to the letter you received from the National Visa Center:

Case Number (or Receipt Number):_____

PA Name:_____   Preference Category:_____

Your Priority Date:_____   Foreign State Charge ability:_____


PLEASE ATTACH THE MOST RECENT CORRESPONDENCE FROM THE NATIONAL VISA CENTER <u>OR</u> 'NOTICE OF ACTION' FROM THE INS

**Please skip to Section 4.**

**SECTION 3:** (To be completed if your case is currently at an **AMERICAN CONSULATE** or **EMBASSY**)

Case Number:_____

American Embassy or Consulate where the File is Currently:

City:_____ Country: _____

On a separate sheet of paper please describe briefly what problems you are experiencing and how Senator Feinstein can assist you.

ATTACH A COPY OF THE MOST RECENT CORRESPONDENCE FROM THE NATIONAL VISA CENTER (unless you filed for a 'Fiancé(e) Visa', then provide a copy of the approval notice from the INS)

**Please proceed to Section 4.**

**SECTION 4:** (To be completed by **all constituents.**)

❏   Mail this form to the address indicated below.
❏   Include a copy of the most recent correspondence received from the INS, National Visa Center, American Embassy, and/or American Consulate.
❏   Include the most recent copy of the '**Notice of Action**' received from the INS.
☑   I authorize United States Senator Dianne Feinstein to make an inquiry on my behalf.

Signature: _____   Date: _11/8/2006_

**Senator Dianne Feinstein**
**1 Post Street, Suite 2450**
**San Francisco. California 94104**
**415-393-0707**

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0514
(202) 225-8104
FAX (202) 225-8890

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

http://eshoo.house.gov

**Anna G. Eshoo**
14th District, California

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-0514**

COMMITTEE ON ENERGY AND COMMERCE

SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE

SUBCOMMITTEES:
INTELLIGENCE POLICY AND NATIONAL
SECURITY, RANKING MEMBER
TECHNICAL AND TACTICAL INTELLIGENCE

WHIP AT LARGE

CO-CHAIR
E-911 CAUCUS

CO-CHAIR
MEDICAL TECHNOLOGY CAUCUS

VICE-CHAIR
DEMOCRATIC BUDGET GROUP

October 24, 2006

Mr. Ping Liao
2105 Princeton Street
Palo Alto, California  94306

Dear Mr. Liao,

Thank you for your inquiry.  We have contacted the FBI on your behalf and will let you know as soon as we receive a reply.  In the meantime, if you have any questions please call Patty Kim in my Palo Alto District Office.

Sincerely,

Anna G. Eshoo
Member of Congress

AGE:ar

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS
THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE



*Attn: Patty*

# Immigration
## Privacy Release Form

**Return to:**
Congresswoman Anna G. Eshoo
698 Emerson Street
Palo Alto, California 94301
650-323-2984/408-245-2339/
831-335-2020 (phone)
650-323-3498 (fax)

**Name:** *PING LIAO*

**Address:** *2105 Princeton St.*
*Palo Alto, CA 94306*

**Phone (day):** *650-846-8526*    **Phone (evening):** *408-582-2178*

**E-mail:** *pliao@tibco.com or lping_98@yahoo.com*

**Address at time of filing (if different):** _____

_____

**Name of Beneficiary:** *PING LIAO*

**Relationship to Petitioner:** *Self.*

*04/09/1968*                    *China*

**Alien Registration Number (A #):** *A 97792143*

**Receipt Number (WAC #):** *WAC-04-178-53308  (I-485)*

**Priority Date:** *09/20/2001*    **Date of last fingerprints:** *10/13/2005 (received by USCIS)*

**Form Filed:**

__✓__ I-129 ( )  __✓__ I-485  ____ I-824  ____ N-600  ____ I-600  ____ I-130  ____ I-526

____ N-400  ____ N-643  ____ I-600A  __✓__ I-140  ____ I-539  ____ N-565  ____ G-639

__✓__ I-131  ____ I-751  __✓__ I-765  ____ I-601  ____ I-612  ____ I-90  __✓__ I-485

__✓__ Labor Certification  ____ Other (specify): _____

**Where Form Filed:** *California Service Center* *8/3/2006*

**Last Action by the BCIS:** *I-765 approval* ~~8/3/2006~~ *(EAD Card)*
*I-131 approval  6/3/2006 (Advanced parole)*

**Brief description of Problem:**

Need help: Name check status on I-485 application

Dear Congresswoman: My company's immigration lawyer filed I-485 for me on 06/09/2004 with approved I-140. ~~(approved)~~ ~~(I-485)~~ ~~(approved)~~ It has been stucked for more than 2 years. The last inquiry (3/21/2006) stated that it is pending FBI Name Check. I would greatly appreciated if you can help me get the current status of the name check. If it is still pending, I would be grateful if you could expedite the process. Thank You !

P.S. (I came to US for ~~graduate~~ school on 1995 and got M.S. in 1998. Currently I am working for TIBCO Software Inc. (since 2001) as Director of Customer Engineering)

I am requesting assistance with a ___✓ status check/ ___✓ an expedite* from Congresswoman Anna G. Eshoo regarding my case currently pending with the BCIS and I hereby give her office authorization to contact the BCIS on my behalf.

Signature: _____

Date: _____10/23/2006_____

*If you are requesting an expedite for your application, please enclose a separate letter with the request clearly stated and attach supporting documentation showing emergent need (i.e. note from physician).

Private and Confidential

Ex. Y



Home   Contact Us   Site Map   FAQ

Search   

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

Print This Page        Back

# U.S. Citizenship and Immigration Services
## Nebraska Service Center Service Center Processing Dates
## Posted May 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer

U.S Citizenship and Immigration Services - Case Status Service Online    Page 2 of 4

for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted May 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | August 21, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | April 14, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | February 12, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | April 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | January 16, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | January 16, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | February 12, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | August 14, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | February 12, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | September 06, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | November 04, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | July 24, 2006 |

| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | August 22, 2006 |
|-------|-------------------------------------|-------------------|-----------------|
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | August 25, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | June 29, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | September 25, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | May 15, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | January 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | September 17, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | August 06, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | February 05, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | February 05, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 07, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 12, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | September 22, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | April 09, 2007 |

| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | February 26, 2007 |
|-------|------------------------------------------|------------------------------------------------------------------|-------------------|
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | April 09, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | February 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | February 26, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | November 13, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | September 22, 2006 |

Print This Page          Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security