1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | PING LIAO,                              )
                                            ) No. C 07-3017 PVT
13 |              Plaintiff,                )
                                            )
14 |         v.                             ) ANSWER
                                            )
15 | MICHAEL CHERTOFF, Secretary of the     )
     Department of Homeland Security;       )
16 | ROBERT S. MUELLER, Director of Federal )
     Bureau of Investigation,               )
17 |                                        )
                 Defendants.                )
18 | _____)

19
    Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of
20
Mandamus.
21
    1. Defendants admit the allegations in Paragraph One; however, Defendants deny that they
22
have improperly withheld action on Plaintiff's application to her detriment.
23
                                     **PARTIES**
24
    2. Defendants admit the allegations in Paragraph Two.
25
    3. Defendants admit the allegations in Paragraph Three.
26
    4. Defendants admit the allegations in Paragraph Four.
27

28

ANSWER
C07-3017 PVT                                    1

**JURISDICTION**

6. Paragraph Six consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

**VENUE**

7. Paragraph Seven consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

**EXHAUSTION OF REMEDIES**

8. Defendants deny the allegations in Paragraph Eight.

**CAUSE OF ACTION**

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants deny the allegations in Paragraph Ten. The name check was completed on July 17, 2007, and the results of the name check were uploaded to the USCIS system on August 8, 2007.

11. Defendants admit the allegations Paragraph Eleven.

12. Defendants deny the allegations in Paragraph Twelve.

13. Defendants deny the allegations in Paragraph Thirteen subsection a thru d.

14. Defendants deny the allegations in Paragraph Fourteen.

**PRAYER**

15. Paragraph Fifteen consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because Plaintiff cannot establish that Defendants' duty to act is ministerial, that no other adequate remedy is available, or that Plaintiff has a clear right to the relief sought. *See* 28 U.S.C. § 1361.

1 | WHEREFORE, Defendants pray for relief as follows:

2 | That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint
3 | with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems
4 | just and proper under the circumstances.

5 | Dated: August 13, 2007                                              Respectfully submitted,

6 |                                                                              SCOTT N. SCHOOLS
                                                                                 United States Attorney
7 |

8 |                                                                                   /s/
                                                                                 ILA C. DEISS
9 |                                                                              Assistant United States Attorney
                                                                                 Attorneys for Defendants