```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

| | |
|---|---|
| 12  PING LIAO, | ) |
| | ) No. C 07-3017 PVT |
| 13          Plaintiff, | ) |
| | ) |
| 14     v. | ) **PARTIES' CONSENT TO MAGISTRATE** |
| | ) **JUDGE JURISDICTION** |
| 15  MICHAEL CHERTOFF, Secretary of the | ) |
|     Department of Homeland Security; | ) |
| 16  ROBERT S. MUELLER, Director of Federal | ) |
|     Bureau of Investigation, | ) |
| 17  | ) |
|          Defendants. | ) |
| 18  _____ | ) |

19      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

20 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

21 conduct any and all further proceedings in the case, including trial, and order the entry of a final

22 judgment.

23 Dated: August 14, 2007                    Respectfully submitted,

24                                           SCOTT N. SCHOOLS
                                             United States Attorney
25

26

27                                           _____/s/_____
                                             ILA C. DEISS
                                             Assistant United States Attorney
28                                           Attorney for Defendants

Consent to Magistrate Jurisdiction
C07-3017 PVT                                 1

Dated: August 14, 2007

                 /s/
JUSTIN WANG
Attorney for Plaintiff