1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 PING LIAO,                           )
                                        ) No. C 07-3017 PVT
13         Plaintiff,                   )
                                        )
14      v.                              ) **STIPULATION TO DISMISS; AND**
                                        ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the   )
   Department of Homeland Security;     )
16 ROBERT S. MUELLER, Director of Federal )
   Bureau of Investigation,             )
17                                      )
           Defendants.                  )
18                                      )

19     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

21 the adjudication of Plaintiff's adjustment of status application (Form I-485).

22     Each of the parties shall bear their own costs and fees.

23 Dated: August 14, 2007                    Respectfully submitted,

24                                           SCOTT N. SCHOOLS
                                             United States Attorney
25

26

                                             _____/s/_____
27                                           ILA C. DEISS
                                             Assistant United States Attorney
28                                           Attorney for Defendants

Stipulation to Dismiss
C07-3017 PVT                              1

1

Dated: August 14, 2007                                /s/
                                              JUSTIN WANG
                                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
                                              PATRICIA V. TRUMBULL
                                              United States Magistrate Judge

Stipulation to Dismiss
C07-3017 PVT                              2