1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9  UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN JOSE DIVISION

12 PING LIAO,                                    )
                                                 ) No. C 07-3017 PVT
13         Plaintiff,                            )
                                                 )
14    v.                                         ) **STIPULATION TO DISMISS; AND**
                                                 ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the            )
   Department of Homeland Security;              )
16 ROBERT S. MUELLER, Director of Federal        )
   Bureau of Investigation,                      )
17                                               )
           Defendants.                           )
18 _____        )

19    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

21 the adjudication of Plaintiff's adjustment of status application (Form I-485).

22    Each of the parties shall bear their own costs and fees.

23 Dated: August 14, 2007                       Respectfully submitted,

24                                              SCOTT N. SCHOOLS
                                                United States Attorney
25

26
                                                _____/s/_____
27                                              ILA C. DEISS
                                                Assistant United States Attorney
28                                              Attorney for Defendants

Stipulation to Dismiss
C07-3017 PVT                                    1

1  Dated: August 14, 2007                              /s/
2                                              JUSTIN WANG
                                               Attorney for Plaintiff
3
4
5                                    **ORDER**

6   Pursuant to stipulation, this action is DISMISSED.   IT IS SO ORDERED.

7
                                    *Patricia V. Trumbull*
8  Date:  August 15, 2007
9                                              PATRICIA V. TRUMBULL
                                               United States Magistrate Judge
10

Stipulation to Dismiss
C07-3017 PVT                           2